IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CORDIS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civ. No. 10-315-SLR ) ) ) ) ) |

**MEMORANDUM ORDER**

At Wilmington this 4th day of May, 2011, having reviewed the recent submissions by Boston Scientific Corporation, Boston Scientific Scimed, Inc. ("BSC") and Cordis Corporation ("Cordis") (D.I. 179; D.I. 180; D.I. 181);

IT IS ORDERED that, although the result of the 03-027 case is relevant to both a lost profits and a reasonable royalty analysis, the court shall limit the introduction of evidence regarding the 03-027 case in a manner consistent with discussion held during the pretrial conference on April 14, 2011. (D.I. 183 at 8:2-17) The introduction of evidence of the 03-027 case shall be limited to the following statement, which will be made by the court at trial:

> In an earlier case, BSC asserted that Cordis' BX Velocity and Cypher stents infringed claim 36 of the '021 patent, the same patent and the same claim at issue in this case. In July 2005, the jury in that case returned a verdict that Cordis' BX Velocity and Cypher stents infringed

claim 36 of the '021 patent and that claim 36 was not invalid, a finding that has been upheld on appeal. Therefore, the jury verdict and judicial determinations of infringement and validity are final.

                                                   _____
                                                   United States District Judge