**Boston Scientific Corporation and Boston Scientific Scimed, Inc.**
**v.**
**Cordis Corporation**
<u>**Civil Action No. 10-315-SLR**</u>

_____

**VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentlemen.  I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned **Boston Scientific Corporation and Boston Scientific Scimed, Inc. v. Cordis Corporation.**  Briefly stated, this is a patent action arising under the patent laws of the United States involving coronary stents, which are medical devices implanted in the body.

The trial will last four days, from Thursday, May 5 through Tuesday, May 10, 2011.  I time my trials, so the attorneys have to complete their trial presentations within these limits.  However, jury deliberations may require you to be present longer than the scheduled four days.  Our trial days will run approximately from 9:30 a.m. to 4:30 p.m.

In light of this brief summary, I will ask you certain questions, the purpose of which is to:  (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel.  If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number.  When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

**HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1. You have been given a list of companies and organizations.

(a) Are you personally acquainted with any officer, director, or employee of any of those companies?

(b) Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of those companies?

(c) Have you or any family member had any dealings with, or relied financially in any way on, any of the companies?

(d) Have you or any family member had any experience with the products of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies?

(e) Have you or a member of your immediate family ever worked for any of these companies or organizations?

2. You have been given a list of the attorneys and law firms involved in this litigation. Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

3. You have been given a list of the individuals who might appear as witnesses in this case. Are you related to, or personally acquainted with, any of those individuals?

4. Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

5. Do you have any personal knowledge of any other patent infringement

litigation involving medical devices or products, or have you heard such a case discussed, or have an opinion regarding such a case?

      6.      Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

      7.      Have you ever served as a juror in a civil lawsuit?

      8.      You have been given a list of subject areas. Have you ever been educated, employed, trained, or had any experience in any of the listed areas?

      9.      Do you have any knowledge about or experience with patents, including applying for a patent?

      10.      Have you ever worked for a company that had patented products or processes?

      11.      Have you ever been involved in the development of a new product or process?

      12.      Have you or a family member ever worked for, or had any dealings with, the United States Patent and Trademark Office?

      13.      Have you ever been involved in a dispute over patent infringement or an invention?

      14.      Do you have any strong opinions about a patent granting exclusive rights, particularly with respect to medical devices?

      15.      Do you believe it would be wrong for someone to profit from his invention or discovery?

      16.      Do you believe that inventions in the medical field are not entitled to patent protection?

      17.      Have you or a family member ever been employed by a company that

makes medical devices, pharmaceuticals or other medical products?

18. Have you or a family member ever been treated for heart disease, had a heart operation, or received any medical implant, including a stent?

19. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

20. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

## COMPANIES

Cordis Corporation
Johnson & Johnson
Johnson & Johnson Interventional Systems, Inc.
Norman Nobel Inc.
Wyeth-Ayerst Laboratories
Boston Scientific Corporation
Scimed Life Systems, Inc.
Boston Scientific Scimed, Inc.
Angiotech Pharmaceuticals, Inc.
Bristol-Myers Squibb
Guidant Corporation
Advanced Cardiovascular Systems, Inc.
Medtronic Vascular, Inc.
Medtronic USA, Inc.
Medtronic, Inc.
Medtronic AVE, Inc.
Ethicon, Inc.
Medinol, Ltd.
Jomed, Inc.
Abbott Laboratories
Blue Medical Devices

## ATTORNEYS

<u>Paterson, Belknap, Webb and Tyler</u>
Gregory L. Diskant
Eugene M. Gelernter
Michael F. Buchanan
Kathleen Crotty
Christopher M.P. Jackson
Diana Breaux
Jason Gould
Poopak Banky
Elizabeth Shofner

<u>Johnson & Johnson, Inc.</u>
Eric Harris
Phil Johnson

<u>Ashby & Geddes</u>
Steven J. Balick
Tiffany G. Lydon
Andrew C. Mayo

<u>Kirkland & Ellis LLP</u>
Rochelle Lee
Andrew Mace
Young J. Park
Jeanne M. Heffernan

<u>Boston Scientific Corporation</u>
Pete Gafner
Luke Dohmen
Todd Messal

<u>Young, Conaway, Stargatt & Taylor LLP</u>
Karen L. Pascale
John W. Shaw

<u>Desmarais LLP</u>
Paul A. Bondor

## WITNESSES

| | |
|---|---|
| Erik Allen | Jack Goldstein |
| Rick Anderson | G. David Jang |
| Kevin Ballinger | Samuel Liang |
| Terrance Brick | David Majercak |
| Nigel Buller | Jeffrey Mirviss |
| Michael Calvani | Dr. James Moore |
| Paul Coletti | Kevin Neat |
| Robert Croce | Campbell Rogers |
| Bruce Fiedler | John Kenneth Ryder |
| Brian Firth | Sean Salmon |
| David Fischell | Daniel I. Simon |
| Seth Fischer | Vincent Thomas |
| Lynne Flint | Mary A. Woodford |
| Matt Franklin | James Zidar |
| William Geary | |
| Douglas Godshall | |
| Dr. Steven Goldberg | |

## SUBJECT AREAS

Medical education or background
Mechanical engineering education or background
Materials science education or background
Biology education or background
Chemistry education or background
Science education or background
Pharmaceutical education or background
Coronary stents
Peripheral or biliary stents
Legal education or background
Medical device industry
Health industry
Medical profession
Mathematics or accounting background or profession