REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 10-315-SLR ) |
| CORDIS CORPORATION, | ) ) |
| Defendant. | ) |

**VERDICT FORM**

We, the jury, unanimously find as follows:

What amount of damages do you award to Boston Scientific for Cordis' infringement of the '021 patent through the sale of the 2.25 mm Cypher stent?

(a) Lost profits: _18,531,022_

(b) Reasonable Royalties: _1,000,470_

(c) Total: _19,531,492_