IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CORDIS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civ. No. 10-315-SLR ) ) ) ) ) |

**FINAL JUDGMENT FOLLOWING POST TRIAL MOTION PRACTICE PURSUANT TO FED. R. CIV. P. 54 (b)**

For reasons stated in the court's memorandum opinion and order of March 13, 2012;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc. and against defendant Cordis Corporation in the amount of $20,754,192.

_____
United States District Judge

Dated: 3/13/2012

_____
(By) Deputy Clerk