NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSTON SCIENTIFIC CORPORATION AND BOSTON SCIENTIFIC SCIMED, INC.,**
*Plaintiffs-Appellees,*

v.

**CORDIS CORPORATION,**
*Defendant-Appellant.*

---

2012-1316

---

Appeal from the United States District Court for the District of Delaware in No. 10-CV-0315, Judge Sue L. Robinson.

---

**JUDGMENT**

---

YOUNG J. PARK, Fish & Richardson, P.C., of New York, New York, argued for plaintiffs-appellees.

GREGORY L. DISKANT, Patterson Belknap Webb & Tyler, LLP, of New York, New York, argued for defendant-appellant. With him on the brief was EUGENE M. GELERNTER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 12, 2013 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1316

**BOSTON SCIENTIFIC CORPORATION,** AND
**BOSTON SCIENTIFIC SCIMED, INC.,**

*Plaintiffs – Appellees,*

v.

**CORDIS CORPORATION,**

*Defendant – Appellant.*

Appeal from the United States District Court for the District of Delaware in No. 10-CV-0315 U.S. District Judge Sue L. Robinson.

## MANDATE

In accordance with the judgment of this Court, entered February 12, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Clerk of Court, District of Delaware (Wilmington)
Gregory Diskant
Eugene M. Gelernter
Young Jin Park